NUMBER 13-02-585-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________



THE STATE OF TEXAS , Appellant,

v.



SIXTY THOUSAND FOUR HUNDRED SIXTY 

DOLLARS ($60,460.00) IN U.S. CURRENCY , Appellee.

____________________________________________________________________


On appeal from the 92nd District Court

of Hidalgo County, Texas.

____________________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Rodriguez, and Garza

Opinion Per Curiam



 Appellant, THE STATE OF TEXAS , filed a notice of appeal from an order entered by the 92nd District Court of Hidalgo
County, Texas, in cause number C-081-02-A . After the record was filed, appellant filed a motion to dismiss the appeal. In
the motion, appellant states that it has concluded that this appeal is premature at this time and should be dismissed without
prejudice to the right to submit a proper appeal if and when a final judgment is entered. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 27th day of February, 2003 .